IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RICHARD WILLARD ) | |
| ) | Civil Action No. 1:2012-cv-00444 |
| *Plaintiff* ) | |
| v. ) | |
| BALTIMORE CITY POLICE DEPT., *et al.* ) | |
| *Defendants* ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Richard Willard (hereinafter, the "Plaintiff" or "Sergeant Willard"), by and through undersigned counsel, and with consent of the Defendants, does hereby request that the Clerk of this Court dismiss the action, with prejudice, pursuant to settlement agreement.

RESPECTFULLY SUBMITTED,

DATED: May 17, 2012

Joshua G. Whitaker
District Court Bar No. 16457
jwhitaker@griffinwhitaker.com
GRIFFIN WHITAKER LLC
1936 Eastern Avenue
Baltimore MD 21231
888.367.0383 (tel./fax)

*Attorney for Plaintiff*

    /signed/
Joshua G. Whitaker

Valerie Thompson, Esq.
Associate Legal Counsel
Baltimore City Police Department
242 W. 29th St.
Baltimore, MD 21211-2908
valerie.thompson@baltimorepolice.org
410.396.2496 (tel.)

*Attorney for Defendants*

_____/signed/_____
Valerie Thompson